**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

**KRISTOPHER K. DORR,**

        Case No. 10-14090

    **Plaintiff,**

        **HONORABLE DENISE PAGE HOOD**

**v.**

**FORD MOTOR COMPANY and
MAZDA MOTOR CORPORATION,**

    **Defendants.**
_____/

**ORDER DENYING MOTION FOR AN EXTENSION TO SERVE SUMMONS
and ORDER DISMISSING CASE FOR LACK OF PROSECUTION**

The instant action was filed on October 12, 2010. January 18, 2010. The Court allowed Plaintiff to proceed in forma pauperis and ordered the U.S. Marshal to serve the summons and complaint upon the listed Defendants. The summons were returned unexecuted. On June 28, 2011, the Court entered an Order indicating that should Plaintiff fail to properly serve Defendants within 30 days from the entry of the Order, Plaintiff's Complaint would be dismissed without prejudice.

Plaintiff filed a Motion to Extend the time to serve summons on December 21, 2011. As noted by the Court in its June 28, 2011 Order, Plaintiff, at that time, was well beyond the 120 days time frame in which to serve a summons as required by Fed. R. Civ. P. 4(m). Plaintiff's current motion does not provide sufficient reasons why the Court should further extend the time to serve the summons as required by the Rules and this Court's Order.

Accordingly,

IT IS ORDERED that the Motion to Extend Time to Service Summons **(Doc. No. 22, filed 12/21/2011)** is DENIED.

IT IS FURTHER ORDERED that this action is DISMISSED without prejudice for lack of prosecution under E.D. Mich. LR 41.2 and Fed. R Civ. P. 41(b).


S/Denise Page Hood
Denise Page Hood
United States District Judge

Dated:  December 30, 2011

I hereby certify that a copy of the foregoing document was served upon Kristopher K Dorr 14633 Plymouth Road, Unit 39, Detroit, MI 48227 on December 30, 2011, by electronic and/or ordinary mail.

S/Julie Owens
Case Manager